CAROLINE E. EARLL, RESPONDENT, *v.* MINERVA M. PROUTY, IMPLEADED WITH SAMUEL POTTER, APPELLANT.

APPEAL from a judgment, entered upon the report of a referee. The action was brought to recover damages occasioned by careless and immoderate driving by the servants of the defendant Minerva Prouty, while in her employ.

The appellant claimed that no negligence had been proved against her, and also that the negligence of the plaintiff's husband contributed to produce the injury complained of. The General Term refused to reverse the judgment, the evidence being conflicting.

*F. David*, for the appellant.

*Pratt, Mitchell & Brown*, for the respondent.

Opinion by MORGAN, J.

Present — MULLIN, P. J., SMITH and MORGAN, JJ.

Judgment affirmed.